

# Wisconsin Court of Appeals

## 2017 WI App 14

(Also reported in 895 N.W.2d 854.)

| | | | |
|---|---|---|---|
| Johnson v. City of Madison Zoning Bd. of Appeals | 2014AP002497 | 01–26–2017 | Affirmed |
| Winchell v. Perschke | 2014AP002787 | 01–12–2017 | Affirmed |
| Bushman Farms, Inc. v. Dairyland Real Estate, LLC | 2014AP002989 | 01–26–2017 | Affirmed |
| Deutsche Bank Nat'l Tr. Co. v. Pauk | 2015AP000271 | 01–12–2017 | Affirmed |
| Mullany v. Massie† | 2015AP000318 | 01–18–2017 | Affirmed |
| State v. Jones | 2015AP000370 CR | 01–10–2017 | Affirmed |
| State v. Kroubetz | 2015AP000449 CR | 01–10–2017 | Affirmed |
| Walker v. Sacred Heart Hosp. of the Hosp. Sisters of the Third Order of St. Francis | 2015AP000805 | 01–04–2017 | Affirmed |

† Petition to review filed.